# NO. 12-17-00122-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:* | § | |
| *HEATHER ESTERS,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § | |

***MEMORANDUM OPINION***
***PER CURIAM***

Heather Esters filed an original mandamus proceeding complaining of the trial court's February 3, 2017 order granting Melinda Warner's motion for new trial. On October 18, 2017, this Court conditionally granted Esters's petition and directed Respondent to vacate his February 3 order and render judgment on the jury's verdict. By a judgment signed on October 25, 2017, and an order signed on November 3, 2017, Respondent has complied with this Court's opinion and order, rendering this proceeding moot. Accordingly, we dismiss Esters's petition for writ of mandamus as ***moot***.

Opinion delivered November 15, 2017.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**NOVEMBER 15, 2017**

**NO. 12-17-00122-CV**

**HEATHER ESTERS,**
Relator
V.

**HON. CLAY J. GOSSETT,**
Respondent

### ORIGINAL PROCEEDING

ON THIS DAY came to be heard the petition for writ of mandamus filed by Heather Esters; who is the relator in Cause No. 2015-215, pending on the docket of the 4th Judicial District Court of Rusk County, Texas. Said petition for writ of mandamus having been filed herein on April 14, 2017, and the same having been duly considered, because it is the opinion of this Court that the writ should not issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **dismissed as moot**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*